1

2

3                        **UNITED STATES DISTRICT COURT**

4                        **EASTERN DISTRICT OF CALIFORNIA**

5

6

7    VICTOR THOMAS,                          Case No.  1:13-cv-00159-GSA-HC

8              Petitioner,                    ORDER GRANTING MOTION TO
                                              PROCEED IN FORMA PAUPERIS ON
9         v.                                  APPEAL AND DIRECTING CLERK TO
                                              SERVE THE COURT OF APPEALS
10   AUDREY GILL,
                                               [Doc. #37]
11             Respondent.

12

13        Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to

14   28 U.S.C. § 2241.

15        On August 6, 2014, the Court entered an Order denying Petitioner's motion to alter or amend

16   judgment and motion to amend or make additional findings.  On September 8, 2014, petitioner filed a

17   notice of appeal, and an application to proceed in forma pauperis.  An examination of petitioner's

18   application to proceed in forma pauperis reveals that petitioner is unable to afford the costs of an

19   appeal.  Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28

20   U.S.C. § 1915.  **The Clerk is directed to serve a copy of this order on the Court of Appeals for the**

21   **Ninth Circuit.**

22

23   IT IS SO ORDERED.

24     Dated:    **September 19, 2014**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                              1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28